IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03087-WJM-BNB

SALLY LUKE,

Plaintiff,

v.

HOSPITAL SHARED SERVICES,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Vacate Settlement Conference** [docket no. 21, filed June 17, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for June 30, 2011, is **VACATED**.

DATED:  June 20, 2011