IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03087-WJM-BNB | Date:   September 1, 2011 |
| Courtroom Deputy: Monique Wiles | FTR BNB COURTROOM A-401 |

SALLY LUKE,                                                    John R. Olsen

                Plaintiff(s),

v.

HOSPITAL SHARED SERVICES,                  Edward J. Butler

                Defendants.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in session:  1:37 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.  For reasons stated on the record,

**It is ORDERED:**     **Defendant's Motion to Compel Responses from Plaintiff to Interrogatories and Requests for Production of Documents [Doc. No. 24; filed 8/11/11]** is **GRANTED IN PART AND DENIED IN PART,** as stated on the record.

**It is ORDERED:**     Plaintiff deposition remains scheduled for **September 6, 2011.**

**It is ORDERED:**     Plaintiff shall make supplemental discovery responses as ordered, on or before September 9, 2011.  Defendant's request for attorneys' fees is **DENIED.**

Court in Recess: 2:30 p.m.     Hearing concluded.     Total time in Court: 53 minutes

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.