IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03087-WJM-BNB

SALLY LUKE,

Plaintiff,

v.

HOSPITAL SHARED SERVICES,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Defendant's Motion to Compel** [Doc. # 24, filed 8/11/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 24] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the plaintiff to provide complete answers, under oath and in full compliance with the formalities of the Federal Rules of Civil Procedure, to Interrogatories 1, 2, 13, 15, and 17;

• GRANTED to require the plaintiff to produce all documents responsive to Requests for Production 10, 12, 13, and 14;

• GRANTED to require the plaintiff to produce the "statements . . . on paper" described in the plaintiff's response to Interrogatory 2 and to identify by Bates number the

documents containing those "statements"; and

      • DENIED in all other respects.

(2) The plaintiff shall provide supplemental discovery responses consistent with the requirements of this order on or before **September 9, 2011**.

Dated September 1, 2011.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge